# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1349
_____

ANTHONY J. DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.


September 12, 2024


PER CURIAM.

DISMISSED for lack of jurisdiction.

LEWIS, ROBERTS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony J. Davis, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.